No. 144. López Landrón et al., Ex parte.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Abril 19, 1904. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. López Landrón.*

No. 9. Ex parte Gallart.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en Abril 19, 1904. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Bernardini.*

No. 18. Alvarez v. Sobejano.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Mayo 6, 1904. Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Torres Monge.*